USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JENNIE LANDSMAN, as Parent and Natural  :
Guardian of J.L., and JENNIE LANDSMAN,  :
Individually,                           :
                                        :
                               Plaintiff,   :
                                        :
               -against-              :     23-CV-6404 (VEC)
                                        :
DAVID C. BANKS, in his Official Capacity as  :     ORDER
Chancellor of the New York City Department of :
Education and the NEW YORK CITY         :
DEPARTMENT OF EDUCATION,                :
                                        :
                                        :
                             Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties cross-moved for summary judgment, *see* Dkts. 36, 42;

       WHEREAS in support of its motion, Plaintiff filed the certified administrative record, *see* Dkt. 35;

       WHEREAS the certified record filed on the docket ends at page R 038, *see id.*; and

       WHEREAS throughout their memoranda, the parties refer to pages of the administrative record exceeding page 38, *see e.g.*, Pl. Mem., Dkt. 40 at 4 (citing to R 408); Def. Mem., Dkt. 43 at 8 (citing to R 380–83, 408);

       IT IS HEREBY ORDERED that, by not later than **Monday, June 10, 2024**, Plaintiff must file the complete administrative record on the docket. The record may be filed under seal to protect Student J.L.'s identifying information.

**SO ORDERED.**

Date:  June 5, 2024                            _____
       New York, New York                   **VALERIE CAPRONI**
                                                  **United States District Judge**